**STATE OF LOUISIANA**     *     **NO. 2023-K-0252**

**VERSUS**     *     **COURT OF APPEAL**

**JAVAN MARSHALL AND ALFRED WILLIAMS**     *     **FOURTH CIRCUIT**

*     **STATE OF LOUISIANA**

*

*

\* \* \* \* \* \* \*

*TGC*

**CHASE, J., CONCURS IN THE RESULT**